# IN THE SUPREME COURT OF THE STATE OF NEVADA

EDWARD LEE,
                            Appellant,
            vs.
CHARLES MCDONALD,
                            Respondent.

No. 72891

FILED

JUN 20 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal challenging the district court's handling of an eviction proceeding in the justice court. Our review of the documents submitted to this court pursuant to NRAP 3(g) reveals certain jurisdictional defects. Specifically, appellant fails to identify an appealable order. The district court minutes of September 13, 2016, suggest that the court dismissed appellant's appeal from the justice court proceedings on the ground that the justice court proceedings had not concluded. It appears further that no written judgment has been entered; an oral or minute order does not definitively resolve a disputed matter and cannot be appealed. *See* NRAP 4(a)(1); *Rust v. Clark Cty. School District*, 103 Nev. 686, 747 P.2d 1380 (1987).

Finally, the district courts have final appellate jurisdiction over cases arising in the justice courts. Nev. Const. art. 6, § 6; *see also Waugh v. Casazza*, 85 Nev. 520, 521, 458 P.2d 359, 360 (1969).

17-20415

Accordingly, we conclude that we lack jurisdiction over this appeal, and we

ORDER this appeal DISMISSED.

_____, J.
Douglas

_____, J.
Gibbons

_____, J.
Pickering

cc:     Hon. Jerry A. Wiese, District Judge
        Edward Lee
        Charles McDonald
        Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A